UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LISA A. THOMPSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:14CV01239 RLW |
| ) | |
| IP NETWORK SOLUTIONS, INC., ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendant's Motion to Dismiss (ECF No. 5), Defendant's Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 14), and Plaintiff's Motion for Leave to File Second Amended Complaint (ECF No. 17). In the Motion for Leave to Second Amended Complaint, Plaintiff seeks leave to add claims under the Americans with Disabilities Act of 1990, 42 U.S.C. §12101, and the Age Discrimination in Employment Act of 1967, 29 U.S.C. §621 that were "previously left out of Plaintiff's First Amended Complaint." (ECF No. 17 at 1). Because this is case is in its early stages, the Court will grant Plaintiff's Motion for Leave to File Second Amended Complaint.

Accordingly,

**IT IS HEREBY ORDERED** Plaintiff's Motion for Leave to File Second Amended Complaint [17] is **GRANTED**. The Second Amended Complaint is now the operative complaint.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss [5], Defendant's Motion to Dismiss Plaintiff's First Amended Complaint [14] are **DENIED** as moot.

Dated this 12th day of August, 2014.

*/s/ Ronnie L. White*
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE